**EXHIBIT A**

# Milton H. Baxley I

*Lawyer*

October 25, 2000

Internal Revenue Service
 District Director
55 North Robinson Street
Oklahoma City, Oklahoma 73102

Ret. Receipt No: z217 734 641
RE: Roger Davis and Joey Davis
SSN/EIN: ?              , 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
TAX YEARS: 1992, 1993, 1994

### Implied Legal Notice: Violation of Due Process for Failure to Provide Notice(s)
to Keep Records and File Returns

Dear District Director

I have Power of Attorney (POA) for Roger Davis and Joey Davis in regards to federal tax liability and I am in receipt of the collection action pertaining to the tax year(s) indicated above.

I will certainly honor your request and I will, of course, deliver any returns and/or records in my possession that are not protected under attorney client privilege or otherwise, once you answer a few of my concerns with regard to the authority requiring my clients to file federal tax returns, keep records, and/or produce these returns and records.

Title 26 CFR 1.6001-1(d) states: "The district director may require any person, *by notice served upon him*, to make such returns, render such statements, or keep such *specific* records as will enable the district director to determine whether or not such a person is liable for tax under subtitle A of the Code, including qualified State individual income taxes, which are treated pursuant to section 6361(a) as if they were imposed by chapter 1 of subtitle A."

Roger Davis and Joey Davis have no knowledge of receiving said notice. In order to comply with the proper rules, regulations and procedures of the Service, we need for your office to provide us with a copy of the Notice(s) issued from the district director on behalf of Roger Davis and Joey Davis requiring returns, statements or the keeping of records. Such notice is a procedural and administrative requirement so that Roger Davis and Joey Davis are cognizant of any and all said obligations applicable to them.

Additionally, the use of 26 USC §§ 6201, 6321 and /or 6331 as the purported authority to assess, lien or levy Roger Davis and Joey Davis for the collection of some unspecified species of tax is unconscionable and in direct violation of my clients' due process rights.

Congress has mandated the proper procedures for a lawful assessment, lien or levy. These procedures are clearly and unambiguously detailed in the Internal Revenue Manual, all of which have been completely disregarded by .

As you know, the official source of all United States law is the Statutes at Large. Statutes at Large are "legal evidence" of laws contained therein and are accepted as proof of those laws in any court of the United States. *Toyer's Inc. v. United States*, (1959, CA3 Pa) 265 F2d 615, 59-1 USTC, 3 AFTR 2d 1137; *Bear v. United States*, (1985, DC Neb) 611 F Supp 589, affd (1987, CA8 Neb) 810 F 2d 153.

*25525 State Road 46, Suite 2 Mt. Plymouth, Florida 32776*
*352)383-9100   FAX: 352)383-0808*

EXHIBIT  PAGE        of

A    1    24

Where the Code title has not been enacted into positive law, it is only prima facie or rebuttable evidence of law, and if construction is necessary, recourse may be had to original statutes themselves. *Preston v. Heckler*, (1984, CA9 Alaska) 734 F2d 1359, 34 CCH EPD 3443; *United States v. Zuger*, (1984, DC Conn) 602 F Supp 889, affd without op(1985, CA2 Conn) 755 F2d 915, cert den and app dismd (1985) 474 U.S. 805, 881 Ed 2d 32, 106 S. Ct. 38. Where there is conflict between codification and Statutes at Large, Statutes at Large must prevail. *Stephan v. United States*, (1943) 319 U.S. 423; *United States v. Welden*, (1964) 377 U.S. 95; *American Export Lines v. United States*, (1961) 153 Ct. CI 201, 290 F2d 925; *Abell v. United States*, (1975) 207 Ct. CI 207, 518 F2d 1369, cert den (1976) 429 U.S. 817, 50 L Ed 2d 76, 97 S. Ct. 59.

**Assessment Authority** -   Legal presumption of lawful authority of Section 6201 used by the IRS and applied to my clients are hereby refuted and rebutted for the collection of income tax.

The Internal Revenue Code § 6201 is derived from Section 3182 of Revised Statues of 1874. The species of authorized tax assessed are described in the Statute at Large enacted on December 24, 1872, chap. 13, sec. 2, vol. 17, page 402, where with great clarity describes authorized assessment of taxes as being *only for tobacco and distilled spirits*. There have been no amendments to the Statute at Large as of this date, therefore there are no changes to the original intent of Congress. Roger Davis and Joey Davis were not involved in the business of cotton or distilled spirits during the years in question; therefore there is no legal basis for an assessment.

> Code which require the determination of taxable income of the taxpayer from specific sources or activities and which give rise to statutory groupings to which this section is applicable include the sections described below.

The sections describing taxable income from <u>within</u> the United States lists the following sources:

**Liens** -Legal presumption of lawful authority of IRC § 6321, as it applies to my clients, Roger Davis and Joey Davis, are hereby refuted and rebutted as the authority for the IRS to lien for the collection of income tax for the following reasons.

The Internal Revenue Code Section 6321 was derived from the 1954 code, which was derived from section 3670 of the 1939 code. (Joint committee on Taxation, Derivations of Code Sections of the 1939 and 1954 code, 1992, U.S. Government)

Section 3670 of the 1939 code was derived from section 3186 of the Revised Statutes of 1874 (R.S. 1874) and was termed "Lien for Taxes". This section was derived from the actual Statute passed by Congress on July 13, 1866. This Act identifies *only excise taxes on cotton and distilled spirits as lienable*. This Act was amended by the Statutes at Large, vol. 45, chap. 852, section 613, page 875, dated May 29, 1928, to amend the method of lien. The Act does not change the taxes authorized by Congress to create a lien, per the original Statute at Large of 1866, which are namely excise taxes on cotton and distilled spirits, nothing else. Roger Davis and Joey Davis were not involved in the business of cotton or distilled spirits during the years in question; therefore there is no legal basis for establishing a lien.

**Levy by Distraint** -  Legal presumption of lawful authority of IRC § 6331, as it applies to my clients, are hereby refuted and rebutted as the authority for the IRS to levy for the collection of income tax for the following reasons.

The Internal Revenue Code section 6331(a) was derived from the 1954 code, which was derived from sections 3310, 3660, 3690, 3692 and 3700 of the 1939 Code. (Joint Committee on Taxation, Derivations of Code Sections of the 1939 and 1954, 1992, U.S. government)

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **A** | **2** | **24** |

Section 3690 of the 1939 Code is the single identifying section on the species of tax, which can be collected by distraint and was derived from Revised Statutes of 1874 section 3187 and is titled "Taxes collectible by distraint". The actual Statute at Large enacted by Congress, which conclusively reveals Congressional intent as to taxes authorized to be collected by levy and distraint was enacted on July 13, 1866 and refers with great specificity *only to taxes on cotton and distilled spirits*. Please see Chapter 184, Section 9, vol. 14, pages 98, and 106 of the Act. The Statute at Large has not been amended to this date, therefore, the original intent of Congress has not changed. My clients, Roger Davis and Joey Davis, were not involved in cotton or distilled spirits for the years in question; therefore there is no legal basis for establishing a levy.

Also, the above Statutes are in complete harmony with the official Federal Register Index where it clearly shows the implementing regulation for Title 26 USC §§ 6201, 6321 and 6331 is 27 CFR Part 70. I invite your attention to the CFR index. This regulation is issued by the Bureau of Alcohol, Tobacco, and Firearms. This agency collects stamp taxes, which are the species of tax applicable to *tobacco, cotton and distilled spirits*. According to 1 CFR 1 § 21.21 each agency shall publish its own regulations and may not cross-reference to another agency unless it meets the exceptions as published in the Federal Register. Therefore, Title 26 USC §§ 6201, 6321 and 6331, having no implementing regulations, have no force or effect in law.

Absent that evidence, you violated my clients' Constitutional right to due process of law, the enabling Acts of Congress, Internal Revenue codes, Regulations promulgated by the Secretary and the Internal Revenue Manual rules.

I regard any collection action against my clients as exaction. This is defined by Internal Revenue regulation 26 **CFR 601.106(1) Rule 1:** (In part)

> **An exaction by the U.S. Government, which is not based upon law, statutory or otherwise, is a taking of property without due process of law, in violation of the Fifth Amendment of the United States Constitution.** (Emphasis added)

The Internal Revenue Service has been given *no statutory authority* to assess, lien, levy or collect income taxes by distraint from my clients. To continue this process is a blatant violation of my clients' Fifth Amendment right to due process.

Thank you for your prompt attention to this matter.

Best regards,

*Milton H. Baxley II*

Milton H. Baxley II

Cc: Roger Davis and Joey Davis

EXHIBIT | PAGE | of
A | 3 | 24

# Milton H. Baxley II

*Lawyer*

November 8, 2000

Treasury Inspector General for Tax
Administration
PO Box 589
Ben Franklin Station
Washington, DC 20044-0589

CERTIFIED #
7099 3220 0010486 75430
RE: Roger Davis and Joey Davis
SSN/EIN: ⸻ 2 and 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
TAX YEARS: 1992, 1993, 1994

### COMPLAINT
## MISAPPLICATION OF TITLE 26 USC §§ 6201, SIGNING FALSE DOCUMENTS
## MAIL FRAUD AND FAILURE TO PROVIDE NOTICE (S) TO KEEP BOOKS AND
## RECORDS AND FILE RETURNS

Dear Inspector General:

This is a complaint against the District Director of Oklahoma City. This District Director has been given the courtesy of a 20-day Implied Legal Notice (enclosed) to correct the violations noted. This District Director has refused to correct these violations and has not responded to the Implied Legal Notice in a timely manner.

Pursuant to the Restructuring and Reform Act of 1998, I am requesting that an investigation be initiated into the conduct of this Internal Revenue Service District Director by your office. This District Director purposefully, and with depraved heart, denied me the unalienable constitutional right of due process.

I would hope that your investigation would lead to the termination of this District Director and that your actions will be within the letter and the spirit of the law.

Please acknowledge receipt of this Complaint and include the National and District case numbers assigned to the investigation so I may track its progress.

Respectfully submitted,

Milton H. Baxley II

Milton H. Baxley

CC:   District Director, Oklahoma City
      Roger Davis, Joey Davis

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 4 | 24 |

*25525 State Road 46, Suite 2 Mt. Plymouth, Florida 32776*
*352)383-9100  FAX: 352)383-0808*

Comp6001

| Form **2848**<br>(Rev. December 1995)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney**<br>and Declaration of Representative<br>▶ For Paperwork Reduction and Privacy Act Notice, see the Instructions. | OMB No. 1545-0150 |
|---|---|---|

| | | For IRS Use Only |
|---|---|---|
| | | Received by: |
| | | Name |
| | | Telephone |
| | | Function |
| | | Date |

**Part I    Power of Attorney** (Please type or print.)

**1   Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Roger Davis<br>Joey Davis<br><br>P.O. Box 6207<br>Branson, Missouri  65615 | 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 | |
| | Daytime telephone number<br>(417) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Milton H. Baxley II<br>25525 S.R. 46, Ste. 1<br>Mt. Plymouth, Florida  32776 | CAF No. 2006-1914OR<br>Telephone No. (352) 383-9100<br>Fax No. (352) 383-0808<br>Check if new: Address ☐  Telephone No. ☐ |
| Bryan Malatesta<br>1700 FM 1960 W. Ste. 213<br>Houston, Texas  77090 | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐  Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐  Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3   Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income Tax & Civil Penalty | 1040 | 1985, '86, '87, '88, '89, '90, '91, '92, '93, '94,<br>1995, '96, '97, '98, '99, 2000, '01, '02, '03,<br>2004 |
| | | |
| | | |

**4   Specific Use Not Recorded on Centralized Authorization File (CAF).** – If the power of attorney is for a specific use not recorded on CAF, check this box. (See Line 4 – Specific Uses Not Recorded on CAF on page 3.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5   Acts Authorized.** – The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see **Line 5 – Acts Authorized** on page 4).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____

_____
_____
_____
_____

NOTE: In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81–38, printed as Pub. 470, for more information.

NOTE: The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the instructions for more information.

**6   Receipt of Refund Checks.** – If you want to authorize a representative named in line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

| EXHIBIT | PAGE | of |
|---|---|---|
| **A** | **5** | **24** |

Name of representative to receive refund check(s) ▶

Form **2848** (Rev. 12-95)

Form 2848 (Rev. 12-97)                                                                                    Page 2

7  Notices and communications. Original notices and other written communications will be sent to you and a copy to the
   first representative listed on line 2 unless you check one or more of the boxes below.
 a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or
   communications, check this box   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ▶ ☒
 b If you also want the second representative listed to receive a copy of such notices and communications, check this
   box   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ▶ ☒
 c If you do not want any notices or communications sent to your representative(s), check this box   .   .   .   .   .   ▶ ☐

8. Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier
   power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by
   this document. If you do not want to revoke a prior power of attorney, check here.   .   .   .   .   .   .   .   .   ▶ ☐
   **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9  Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is
   requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor,
   receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf
   of the taxpayer.
   ▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

| *(signature)* | 10/9/00 | |
|---|---|---|
| Signature | Date | Title (if applicable) |
| Roger Davis | | |
| Print Name | | |
| *(signature)* | 10/9/00 | |
| Signature | Date | Title (if applicable) |
| Joey Davis | | |
| Print Name | | |

**Part II**    Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning
  the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  d  Officer—a bona fide officer of the taxpayer's organization.
  e  Full-Time Employee—a full-time employee of the taxpayer.
  f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the
     authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  h  Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular
     No. 230.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL
  BE RETURNED.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | FL | *Milton N. Bailey II* | 10 9 00 |
| h | TX | *Bry malstic* | 10 9 00 |

EXHIBIT | PAGE | of
A | 6 | 24

# Bryan D. Malatesta, CPA

3717 Commerce Place, Suite A
Bedford, Texas 76021

Phone: (352) 383-9100                                    Fax: (352) 383-0808

October 8, 2001                              Confirmation No 91 1408 2133 3930 1011 9380
                                             RE: Roger Davis, Joey Davis
Internal Revenue Service                     SSN/TIN:           and 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
Chief ACS                                    Tax Years: 1992, 1993, 1994
Kansas City, Missouri 64999

*You are hereby put on notice that this owner must be filed as a permanent part of client's IRS/TDA/AIMS/IMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.*

Subject: CP71A

INITIAL _____ BDM

Dear Chief ACS:

I have Power of Attorney (POA) for Roger Davis and Joey Davis in regards to federal tax liability and I am in receipt of your letter, CP71A, dated October 1, 2001. You state in your letter that "Our records show you still owe a balance for Years: 1992, 1993, 1994."

It seems that you have made an assumption that:

1) My client has a Federal Income Tax Liability and
2) That you are a Federal Agent that has the authority to conduct an examination.

However, I must first have the documents that prove you are acting within the bounds of your authority pursuant to the Supreme Court case of *Federal Crop Insurance vs. Merrill, 33 US 380 at 384 (1947)* that states "Anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority." Once I have received these documents from you pursuant to the Freedom of Information Act, 5 USC 552 and the Privacy Act, 5 USCa, and I have verified your assumptions, we will seek to honor your requests. This is my firm offer to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR §601.702(f). If costs are expected to exceed $0.00, please send an estimate of costs. I am a category E requester.

The documents I need are:

1) A copy of your identification card which identifies you as an Agent of the United States government.
2) A copy of your Appointment Affidavit.
3) A copy of your Bond.
4) A copy of the Charter of the Internal Revenue Service identifying them as an Agency of the United States government.
5) A copy of the document indicating whether you represent the "United States Internal Revenue Service" or the "Internal Revenue Service." (both entities are referenced in the IRS regulations)
6) A copy of the document that shows the Internal Revenue Service has authority to act outside Washington, D.C., enclaves and territories pursuant to 4 USC § 72.
7) The page in the Federal Register where the IRS has listed their central and field organizations as required of all federal agencies pursuant to 5USC.

CP71Filer



EXHIBIT | PAGE | of
**A** | **7** | **24**

8) A copy of the document that shows the exact effective date of Subtitle F (enforcement) of The Internal Revenue Code Pursuant to 26 USC 7851.

9) A copy of the document that shows the date the Internal Revenue Code was enacted into positive law.

10) A copy of the document that shows what particular tax my clients are liable for.

11) A copy of the document that shows what particular form my clients are required to file for that tax.

12) A copy of the document published in the Federal Register where such form and the obligation to file it are published pursuant to 44 USC § 1505 (a)(3) and 26 CFR 601.702. Please cite volume, date, and page number.

13) A copy of the Notices that the IRS is required to send to anyone that is required to keep income tax records and file forms pursuant to 26 CFR § 1.6001-1.

14) A copy of the documents that were used to determine when, where, and how Roger Davis and Joey Davis were made liable.

As soon as I receive these documents and verify them, I will give you the information requested.

Best regards,

*Bryan D. Malatesta C.P.A*
Bryan D. Malatesta, CPA

Cc: Roger Davis, Joey Davis

Enclosed (2): Power of Attorney
CP71A

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **A** | **8** | **24** |

# Milton H. Baxley II

*Lawyer*

October 22, 2001

Internal Revenue Service
Service Center Director
Kansas City, Missouri 64999

Confirmation No: 91 1408 2133 3930 1012 6579
RE: Roger Davis
TIN/SSN#: 
Tax YEARS: 1992, 1993, 1994

**Subject: CP71D**

## IMPLIED LEGAL NOTICE: VIOLATION OF DUE PROCESS FOR FAILURE TO RESPOND TO PREVIOUS NOTICES, VIOLATION OF THE FREEDOM OF INFORMATION ACT AND VIOLATION OF THE PRIVACY ACT AND MISAPPLICATION OF TITLE 18 USC § 1341 MAIL FRAUD

Dear Service Center Director:

I have Power of Attorney for Roger Davis in regards to federal tax matters. I am in receipt of a CP71D dated October 15, 2001 which was sent to my client by Chief ACS of Kansas City.

This letter will serve as implied legal notice to you and the Chief ACS for failure to properly respond to my previous correspondence regarding the above tax years.

At this point, it appears that the IRS is proceeding in bad faith with collection activities against my client and has no intention of providing the requested information. Chief ACS's failure to reply to correspondence is in violation of the IR Manual which states:

**Internal Revenue Manual, Chapter 3(17)(46)1.5, Taxpayer Correspondence:**

(2) All correspondence received from taxpayers must be answered and the answer should indicate: This is in reply to your correspondence of such and such a date, and explain the action taken, even if the action taken was exactly what the taxpayer requested.

Therefore, I demand you properly respond to my previous correspondence. A copy of that correspondence is enclosed.

> You are hereby put on notice that this
> letter must be filed as a permanent part of
> client's IRS/TDA/AIMS/IMF 23C record.
> If such record(s) has/have been deleted or
> substituted, this demand still applies.
>
> INITIAL _MHB_

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **A** | **9** | **24** |

Should examination action continue on my client or if you refuse to respond to this Implied Notice within twenty (20) days, I will file a complaint with the Treasury Inspector General for Tax Administration in Washington, D.C. and ask that you be terminated for misconduct as per Section 1203 of the Restructuring and Reform Act of 1998.

A copy of this Notice may also be sent to the appropriate Congressmen. We will ask them to look into this violation of due process. I will also ask the Congressmen to office inquire as to whether the Restructuring and Reform Act of 1998 is being administered to the letter and spirit of the law, according to the mandate of Congress in this instance.

Best regards,

*Milton H. Baxley II*

Milton H. Baxley II

Cc:   Chief Kansas City
      Roger Davis

Enclosures (3):   Power of Attorney
                  CP71D
                  Previous Letter to Chief Kansas City

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 10 | 24 |

INFailure

# Milton H. Baxley II

*Lawyer*

FAXED 11-13-01

November 12, 2001

Richard W. Skillman, Acting General Counsel
Office of the General Counsel
Internal Revenue Service
1111 Constitution Avenue N.W., Room 3026
Washington, D.C. 20224

Fax Number: (202) 622-4277
RE: Roger Davis
SSN/EIN:
Tax Years: 1992, 1993, 1994

## COMPLAINT
### VIOLATION OF DUE PROCESS FOR FAILURE TO RESPOND TO PREVIOUS NOTICES, MAIL FRAUD, AND IMPERSONATING A FEDERAL OFFICER

Dear Inspector General,

I have Power of Attorney for Roger Davis in regards to federal tax matters.

This is a complaint against the Service Center Director & Chief ACS of Kansas City. The have been given the courtesy of a 20-day Implied Legal Notice (enclosed) to correct the violations noted. This Service Center Director & Chief ACS of Kansas City has refused to correct these violations and has not responded to the Implied Legal Notice in a timely manner.

Pursuant to the Restructuring and Reform Act of 1998, I am requesting that an investigation be initiated into the conduct of this Internal Revenue Service Service Center Director & Chief ACS of Kansas City by your office. This Service Center Director & Chief ACS of Kansas City purposefully, and with depraved hearts, denied me the unalienable constitutional right of due process.

I would hope that your investigation would lead to the termination of this Service Center Director & Chief ACS of Kansas City and that your actions will be within the letter and the spirit of the law.

Please acknowledge receipt of this Complaint and include the National and District case numbers assigned to the investigation so I may track its progress.

Respectfully submitted,

*Milton H. Baxley II*

Milton H. Baxley

Cc:    Service Center Director of Kansas City
       Chief ACS of Kansas City
       TIGTA

Enclosures (2): Power of Attorney
                Implied Notice

You are hereby put on notice that this letter must be filed as a permanent part of client's IRS/TDA AIMS/IMF 23C record. If such record is / have been deleted or substituted, this demand still applies.

INITIAL *MHB*

CompFailure

EXHIBIT **A** PAGE **11** of **24**

| Form **2848** (Rev. December 1985) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ For Paperwork Reduction and Privacy Act Notice, see the Instructions. | OMB No. 1545-0150 |
|---|---|---|

For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date _____

**Part I    Power of Attorney** (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Roger Davis<br>Joey Davis<br><br>P.O. Box 6207<br>Branson, Missouri 65615 | 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 | |
| | Daytime telephone number<br>(417) 334-5731 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Milton H. Baxley II<br>25525 S.R. 46, Ste. 1<br>Mt. Plymouth, Florida 32776 | CAF No. 2006-19140R<br>Telephone No. (352) 383-9100<br>Fax No. (352)<br>Check if new: Address ☐  Telephone No. ☐ |
| Name and address<br>Bryan Malatesta<br>1700 FM 1960 W. Ste. 213<br>Houston, Texas 77090 | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐  Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐  Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income Tax & Civil Penalty | 1040 | 1985, '86, '87, '88, '89, '90, '91, '92, '93, '94, 1995, '96, '97, '98, '99, 2000, '01, '02, '03, 2004 |

**4 Specific Use Not Recorded on Centralized Authorization File (CAF).** – If the power of attorney is for a specific use not recorded on CAF, check this box. (See Line 4 – Specific Uses Not Recorded on CAF on page 3.) .................................................. ▶ ☐

**5 Acts Authorized.** – The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see Line 5 – Acts Authorized on page 4).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____

_____

_____

_____

NOTE: In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

NOTE: The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the instructions for more information.

**6 Receipt of Refund Checks.** – If you want to authorize a representative named in line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

EXHIBIT PAGE of
A 12 24

Form **2848** (Rev. 12-95)

Form 2848 (Rev. 12-97)

Page 2

7  **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a  If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box

b  If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☒

c  If you do not want any notices or communications sent to your representative(s), check this box ▶ ☒

8  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . ▶ ☐
YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

9  Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

| _(signature)_ | 10/9/00 | |
| Signature | Date | Title (if applicable) |
| Roger Davis | | |
| Print Name | | |
| _(signature)_ | 10/9/00 | |
| Signature | Date | Title (if applicable) |
| Joey Davis | | |
| Print Name | | |

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **A** | **13** | **24** |

**Part II**  Declaration of Representative

Under penalties of perjury, I declare that:

● I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
● I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
● I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
● I am one of the following:

a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d  Officer—a bona fide officer of the taxpayer's organization.
e  Full-Time Employee—a full-time employee of the taxpayer.
f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h  Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | FL | _Milton H. Crawley_ | 10.9.00 |
| h | TX | _Bryn Malstate_ | 10.9.00 |

*Milton H. Baxley II*                                                                                                          *Lawyer*



July 8, 2002

Internal Revenue Service                           Fax Number: (417) 887-8597
Attn:Timothy E. Noonan, Internal Revenue          RE: Roger Davis
Agent                                             TIN/SSN #:
3333 S. National
Suite 300                                         Subject: Unauthorized Disclosure
Springfield, Missouri 65807

Dear Timothy E. Noonan:

                        *mHG*
I have Power of Attorney to resolve all federal tax matters for Roger Davis.

I am in receipt of your letter informing Roger Davis that you are going to contact third parties to receive information regarding the collection of Roger Davis's alleged tax liability. Please be advised that Roger Davis does not agree to any disclosure of tax information to any third parties.

In that the IRS has not noticed my client pursuant to 26 USC §6001 and 26 CFR §1.6001, any contact of third parties is a violation of 26 USC §301.6109:

> Nothing contained in the regulations under section 6109 shall limit the authority of the Internal Revenue Service to obtain taxpayer identifying numbers required before or after the effective date of this paragraph *after notice is served upon the taxpayer pursuant to section 6001*. [Emphasis added]

Since my client was never served notice to keep *specific* books and records pursuant to 26 USC §6001 and 26 CFR §1.6001, you have no authority to disclose "return information" with third parties. In addition to unauthorized disclosure of identifying numbers pursuant to §301.6109, 26 USC §6103 (b)(2)(A) states that "return information" includes:

> ...*a taxpayer's identity*, the nature, source, or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessments, or tax payments, *whether the taxpayer's return was, is being, or will be examined or subject to other investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition, or offense, and...*[Emphasis added]

Also be advised, the code you reference, 26 USC Section 7602(c)(1), is implemented by Title 27 Parts 170 and 296. Since §7602 applies only to Title 27, any contact with third parties is *not* within the scope of your "official duties" as defined in §301.6103(k)(6)-1. My client is not involved in Title 27 activities. Any third party contact is without authority and is violation of the Internal Revenue Code.

If you do so without having received official authorization signed by Roger Davis, it will be in violation of the Internal Revenue Code at 26 USC §6103 and of the Federal regulations at 26 CFR §301.6103 and you could be liable for damages under 26 USC §7431. This has recently been upheld in the U.S. District Court, Southern District of Florida, Case No. 99-8065, resulting in a $126,000 judgment against the IRS.

| EXHIBIT | PAGE | of |
|---------|------|----|
| **A** | **14** | **24** |

*25525 State Road 46, Suite 2 Mt. Plymouth, Florida 32776*
*Phone: (352) 383-9100   Fax: (352) 383-0808*

Section 7604 has no implementing regulation. Therefore, Sections 7602 and 7604 have no merit in law regarding Title 26 taxes and do not provide any authority for collection action against my client or for the determination of a liability. My client is the only one who can determine if there is a requirement to file a federal tax return and has determined there is no such requirement.

In addition to the above monetary damages, Section 1203 of the Restructuring and Reform Act of 1998 states that violations of the Internal Revenue Code of 1986, Department of Treasury regulations, policies of the Internal Revenue Service (including the Internal Revenue Manual), or violations of any right under the Constitution of the United States or various civil rights violations should be grounds for dismissal for IRS employees. They must be charged with misconduct and terminated if there has been a judicial or final administrative determination that the employee committed any of these, and/or other, acts or omissions. In the event of an unauthorized disclosure, there will be a formal request that the agent responsible be administratively sanctioned according to Section 1203 of the Restructuring and Reform Act of 1998.

Please give this matter careful consideration before proceeding.

Regards,

Milton H. Baxley II

Cc: Roger Davis

Enclosures (2):  Power of Attorney
        3164

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 15 | 24 |

Internal Revenue Service

Department of the Treasury

Letter Number: 3164 C (DO)

Letter Data

July 1, 2002

Social Security Number or

Employer Identification Number:

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

For Assistance You May Call Us At:

(417) 841-4529

Person to Contact:

Timothy E. Noonan

Employee Identification Number:

43-15669

Robert C Davis

P O Box 6167

Branson, Missouri 65615

Dear Sir

We have attempted to obtain unfiled returns from you. You should already be aware of this from our previous contacts with you  Generally, our practice is to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons, for example when we need information that the taxpayer has been unable to provide, or to verify information we have received.

We are writing to tell you that we may contact other persons  If we do contact other persons we will generally need to tell them limited information, such as your name  The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking  Our need to contact other persons may continue as long as there is activity on this matter.

If you have any questions regarding this letter or wish to request a list of contacts, please do not hesitate to contact us at the telephone number listed above.

Sincerely,

Timothy E  Noonan

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 16 | 24 |

Letter 3164 C(DO) (1-2000)

Cat No 73228G

| Form **2848** <br> (Rev. December 1995) <br> Department of the Treasury <br> Internal Revenue Service | **Power of Attorney** <br> **and Declaration of Representative** <br> ▶ For Paperwork Reduction and Privacy Act Notice, see the Instructions. | OMB No. 1545-0150 <br> For IRS Use Only <br> Received by: <br> Name _____ <br> Telephone _____ <br> Function _____ <br> Date _____ |

**Part I**    Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address <br> Roger Davis <br> Joey Davis <br><br> P.O. Box 6207 <br> Branson, Missouri  65615 | Social security number(s) <br><br> 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 | Employer identification number |
|---|---|---|
| | Daytime telephone number <br> (417) 334-5731 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address <br> Milton H. Baxley II <br> 25525 S.R. 46, Ste. 1 <br> Mt. Plymouth, Florida  32776 | CAF No. 2006-1914OR <br> Telephone No. (352) 383-9100 <br> Fax No. (352) 383-0808 <br> Check if new: Address .......... ☐  Telephone No. ..... ☐ |
|---|---|
| Name and address <br> Bryan Malatesta <br> 1700 FM 1960 W. Ste. 213 <br> Houston, Texas  77090 | CAF No. _____ <br> Telephone No. _____ <br> Fax No. _____ <br> Check if new: Address .......... ☐  Telephone No. ..... ☐ |
| Name and address | CAF No. _____ <br> Telephone No. _____ <br> Fax No. _____ <br> Check if new: Address .......... ☐  Telephone No. ..... ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income Tax & Civil Penalty | 1040 | '85, '86, '87, '88, '89, '90, '91, '92, '93, '94, '95, '96, '97, '98, '99, 2000, '01, '02, '03, 2004 |
| | | |
| | | |

**4 Specific Use Not Recorded on Centralized Authorization File (CAF).** – If the power of attorney is for a specific use not recorded on CAF, check this box. (See Line 4 – Specific Uses Not Recorded on CAF on page 3.) ......................................... ▶ ☐

**5 Acts Authorized.** – The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see Line 5 – Acts Authorized on page 4).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____

_____

_____

_____

**NOTE:** In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

**NOTE:** The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the Instructions for more information.

**6 Receipt of Refund Checks.** – If you want to authorize a representative named in line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

EXHIBIT PAGE of <br> A  17  24

Form **2848** (Rev. 12-95)

Form 2848 (Rev. 12-97)

Page 2

7  Notices and communications. Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a  If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . . . . . . . . . . . . . . . . . . .

b  If you also want the second representative listed to receive a copy of such notices and communications, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☒

c  If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ► ☒

8  Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . ► ☐
   YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT. . . . . . ► ☐

9  Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

► IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

| Signature | Date | Title (if applicable) |
|---|---|---|
| *Roger Davis* | 10/9/00 | |
| Print Name: Roger Davis | | |
| *Joey Davis* | 10/9/00 | |
| Print Name: Joey Davis | | |

| EXHIBIT | PAGE | of |
|---|---|---|
| **A** | **18** | **24** |

**Part II**  Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  d  Officer—a bona fide officer of the taxpayer's organization.
  e  Full-Time Employee—a full-time employee of the taxpayer.
  f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  h  Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

► IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | FL | *Milton H. Baxley II* | 10.9.00 |
| h | TX | *Bryn deleto* | 10.9.00 |

*Milton H. Baxley II*

*Lawyer*

July 8, 2002

Internal Revenue Service
Attn: Timothy E. Noonan
3333 S. National
Springfield, Missouri 65807

Fax Number: (417) 887-8597
RE: Roger Davis
SSN#: 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
Tax Years: 1999, 2000

You are hereby ... letter must be ... clients IRS TD ... If such records has have been deleted or substituted, the **Subject: Verified Statement and Bill for CDPH**

Dear Timothy E. Noonan:

INITIAL *mws*

This letter is in response to the IRS offer of a Collection Due Process Hearing (CDPH) pursuant to the IRS Restructuring and Reform Act of 1998. This letter will be the facts of the case as the IRS Chief Counsel has determined that The Public can no longer record the Hearings, making it impossible to have an accurate record of the proceeding. In my view, this is a blatant violation of Due Process in itself. In the event that I get an adverse Determination Letter from you, when I file my Complaint with the Treasury Inspector General for Tax Administration, that will be one of the charges against you and the Chief Counsel.

That being said, I am, under protest, asking for the Due Process Hearing. Hereafter is my statement concerning the alleged bill. Once you produce the following verified documents, we will not contest the bill. The amount of the bill will be stipulated to and paid in full upon receipt of said documentation.

Per *Ryder v. United States*, 115 S.Ct. 2031, 132 L.Ed.2d 136, 515 U.S. 177 and *Federal Crop Insurance v. Merrill*, 332 U.S. 380, I am required to initiate a direct challenge to authority of anyone representing himself or herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of *de facto* officer doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of proof, they may be held personally accountable for loss, injury and damages. See particularly, the former 26 U.S.C. § 7804(b), now published in notes following § 7801. Per 26 U.S.C. § 7214(a), if and when IRS personnel exceed authority prescribed by law, or fail to carry out duties imposed by law, they are criminally liable.

Per Paragraph 2 of 31 CFR Part 1, Appendix B of Subpart C (Find following 31 CFR § 1.36), I am entitled to directly request evidence of authority and/or liability:

> Internal Revenue Service procedures permit the examination of tax records during the course of an investigation, audit, or collection activity. Accordingly, individuals should contact the Internal Revenue Service employee conducting an audit or effecting the collection of tax liabilities to gain access to such records, rather than seeking access under the provisions of the Privacy Act.

Please provide me with certified copies of the following:

1. Your precise title and cite the section of the act of Congress that created the office you occupy;

2. Your constitutional oath of office, as required by Article VI, Paragraph 3 of the Constitution of the United States and 5 U.S.C. § 3331;

3. Your civil commission as agent or officer of Government of the United States, as required by Article II § 3 of the Constitution of the United States and attending legislation;



*25525 State Road 46, Suite 2 Mt. Plymouth, Florida 32776*   PAGE  of
*Phone: (352) 383-9100  Fax: (352) 383-0808*   **A 19  24**

4.  Your affidavit declaring that you did not pay for or otherwise make or promise consideration to secure the office (5 U.S.C. § 3332);

5.  Your personal surety bond;[1] and,

6.  Documentation that establishes your complete line of delegated authority, including all intermediaries such as the Assistant Commissioner (International), beginning with the President of the United States.

As stated earlier, the issue at the upcoming CDPH, is one of verification. Section 6330 (c)(1) of the Internal Revenue Code states that the Appeals Officer shall, at the hearing, obtain *verification* from the Secretary that the requirements of any applicable law or administrative procedures have been met. Blacks Law dictionary, 6th Ed., defines verification as *"confirmation of correctness, truth or authenticity, by affidavit, oath or deposition."* Additionally, 26 USC §6061 and §6065 state that verification requires a signature under the penalty of perjury for any return, document, or statement required to be made under any provision of the internal revenue laws.

**My offer to you is this:** My client is not neglecting or refusing to pay, therefore, there is no lawful basis for lien. Upon presentment of a verified statement from you in the form of an oath or affidavit that you have *first hand knowledge* that all proper procedures were followed, in addition to a verified bill and the documents that prove you are an officer of the federal government, *I will direct my client to pay the bill.* The statement from the Internal Revenue Service and yourself must be signed *under penalty of perjury* by a person who has *first hand knowledge* of the facts, that the alleged amount is due and owing by client, and that the amount is true, correct and complete.

Please forward the documents requested evidencing your authority, your verification statement, as well as the verified bill within 30 days so that this matter may be resolved. If you are going to refuse the offer, I need a letter confirming that fact within 10 days.

Regards,

*Milton H. Baxley II*

Milton H. Baxley II

Enclosure/s: POA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **A** | **20** | **24** |

---

[1] ...nd requirements generally are prescribed by 26 U.S.C. § 7101, but see also, 26 U.S.C. § 7102, 31 U.S.C. § 9303 and 26 CFR § ...7101-1.

# *Milton H. Baxley I*

*Lawyer*

July 26, 2002

Internal Revenue Service
Attn: Timothy E. Noonan Internal
Revenue Agent
3333 S. National
Suite 300
Springfield, Missouri 65807

Confirmation No: 0300 1290 0004 2890 9904

RE: Roger Davis

SSN#: 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

Tax Years: 1995, 1996, 1997, 1998, 2001

Subject: Appointment Letter

You are hereby put on notice that this
letter must be filed as a permanent part of
client's IRS/TDA/AIMS/IMF 23C record.
If such record(s) has/have been deleted or
substituted, this demand still applies.

INITIAL _VMHB_

Dear Timothy E. Noonan,

I have Power of Attorney to act on behalf of Roger Davis regarding federal tax matters. Thank you for your letter Appointment Letter dated July 22, 2002.

Per *Ryder v. United States*, 515 U.S. 177, 115 S.Ct. 2031, 132 L.Ed.2d 136 and *Federal Crop Insurance v. Merrill*, 332 U.S. 380, I am required to initiate a direct challenge to the authority of anyone representing himself or herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of the *de facto officer* doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of proof, they may be held personally accountable for loss, injury and damages. See particularly, the former 26 U.S.C. § 7804(b), now published in notes following § 7801. Per 26 U.S.C. § 7214(a), if and when IRS personnel exceed authority prescribed by law, or fail to carry out duties imposed by law, they are criminally liable.

Per § 2 of 31 CFR Part 1, Appendix B of Subpart C, I am entitled to directly request evidence of authority and/or liability:

> Internal Revenue Service procedures permit the examination of tax records during the course of an investigation, audit, or collection activity. Accordingly, individuals should contact the Internal Revenue Service employee conducting an audit or effecting the collection of tax liabilities to gain access to such records, rather than seeking access under the provisions of the Privacy Act.

Please provide me with certified copies of the following:

1. Your constitutional oath of office, as required by 5 U.S.C. § 3331;

2. Your civil commission as agent or officer of Government of the United States;

3. Your affidavit declaring that you did not pay for or otherwise make or promise consideration to secure the office (5 U.S.C. § 3332); and

4. Your personal official bond or surety bond as required in 26 USC § 7101; or

    a.  An obligation as security instead of a surety bond in 31 USCA § 9303; or
    b.  A single bond in lieu of multiple bonds approved by the director in 26 USC § 7102;
    and, as required in 26 CFR §301.7101-1, including the bonding as required in the 1939 and 1954 Internal Revenue Codes.

These documents should all be filed as public records. See 5 U.S.C. § 2906 for requirements concerning filing oaths of office. In the event you do not have a personal surety bond, you may provide a copy of your financial statement, which you are required to file annually. Your financial statement will be construed as a private treaty surety bond in the event that you exceed lawful authority.

In your correspondence I do not see any forms presented to my client that meet the requirements of the Paperwork Reduction Act, specifically a form with an OMB (Office of Management and Budget) number on it, showing that it is authorized for gathering information from the public. According to the Act, without an authorized form presented by a federal agent for gathering information, my client has no obligation to provide information to you. See 44 USC §3512. Resubmit your request using OMB approved forms.

Once I have received the requested documents, it is my client's intention to assist you in this matter. My client gives his firm promise to perform on any claim due upon receipt of the requested documents and a verified statement be *signed under the penalty of perjury by someone in the IRS who has firsthand knowledge* pursuant to 26 USC § 6061and 6065. This request is in accordance with the Administrative Procedures Act at 5 USC §556(d), which states that the proponent of a rule or order has the burden of proof, and the Fair Debt Collection Practices Act, specifically TitleVIII, Sec. 809 of Public Law 104-208 encoded at 15 USC 1692g(4).

**Important Note:** You have before you a firm offer to comply with your request for an appointment to meet. Please let me know by written correspondence within ten (10) days of receipt of this letter if you are going to accept or reject my client's offer.

Regards,

*Milton H. Baxley II*

Milton H. Baxley II

Enclosure/s: POA
              Appointment Letter
              Verified Statement

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 22 | 24 |

Verified Statement

## VERIFIED STATEMENT

I, _____, Pocket Commission Serial No.

_____, hereby affirm that Roger Davis is obligated by law to file a Form

_____ tax return. My request for books and records is authorized by law. I am an authorized

agent of the United States government and acting within delegated authority as evidenced by the

documents I have produced for Milton Baxley. This statement is made under the penalty of perjury, and

is true, correct, complete and not misleading.


_____

Signature                                  and                                            Title



| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 23 | 24 |

VerifiedStatement

# Milton H. Baxley II

*Lawyer*

August 14, 2002

David C. Williams
Treasury Inspector General
for Tax Administration
P.O. Box 589
Ben Franklin Station
Washington, DC 20044-0589

Confirmation No: 91 1408 2133 3930 2137 3887
RE: Roger Davis
SS#: 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
Tax Years: 1995, 1996, 1997, 1998, 2001

## COMPLAINT

VIOLATION OF 18 USC § 912 — FALSE PERSONATION, § 1341 — MAIL FRAUD,
18 USC § 499 — MILITARY, NAVAL OR OFFICIAL PASSES, 26 USC § 7214 (1) — EXTORTION,
IRS RESTRUCTURING AND REFORM ACT OF 1998 § 1203,
FAIR DEBT COLLECTION PRACTICES ACT — 15 USC § 1692(d)

Dear Inspector General,

This is a Complaint against Timothy E. Noonan, Internal Revenue Agent of Springfield, Missouri 65807. This Internal Revenue Agent received a request for documents verifying their authority along with a Verified Statement (copy enclosed), to be signed under the penalty of perjury, that my client has a tax liability and an obligation to file a specific form/return required by law. This request is pursuant to the Administrative Procedures Act at 5 USC §556(d) and 26 USC §§ 6061, 6065.

This Internal Revenue Agent has refused to produce documents evidencing their authority and a Verified Statement. *An offer to perform has been made and has been refused.* The refusal to respond and provide the evidence of authority and a lawful obligation constitutes harassment and is a violation of 18 USC § 912, 5 USC §556(d) and the Fair Debt Collection Practices Act (FDCPA) at 15 USC § 1692(d).

Additionally, this Internal Revenue Agent does not have enforcement authority as evidenced by the IRM at 1.16.4.3.1 The only IRS personnel who have enforcement authority are the 1811 series, Special Agents (Criminal Investigation), and Inspectors (Internal Security). *All other employees* are issued *non-enforcement* pocket commissions. Further evidence of this Internal Revenue Agent lack of enforcement authority is seen in the Organizational Chart of the Department of the Treasury. The IRS does not come under the authority of the Under Secretary for Enforcement, only the BATF. Therefore, this Internal Revenue Agent has no authority for enforcement of examination, summons, or other performance.

Pursuant to the Restructuring and Reform Act of 1998, I am requesting that an investigation be initiated into the conduct of this Internal Revenue Agent by your office. This employee is in clear violation of the Administrative Procedures Act at 5 USC §556(d), 26 USC § 7214(1), and the Fair Debt Collection Practices Act as embraced in the IRS Restructuring and Reform Act enacted by Public Law 105-206, 112 Stat. 686 et. seq.

I would hope that your investigation and your actions will be within the letter and the spirit of the law. Please acknowledge receipt of this Complaint and include the National and District case numbers assigned to the investigation so I may track its progress.

Respectfully submitted,

*Milton H. Baxley II*

Milton H. Baxley II

Enclosure/s:     Power of Attorney
                Copy of request for Authority/Verified Statement
Treasury Organizational Chart

c: Timothy E. Noonan
   er Davis

> You are hereby put on notice that this letter must be filed as a permanent part of client's IRS/TDA/AIMS/IMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
>
> INITIAL _MHB_

EXHIBIT A | PAGE 24 | of 24