**EXHIBIT B**



# Summons

In the matter of ___ Roger C. Davis ___ P.O. Box 421 / 6167 ___ Branson, Missouri 65615

Internal Revenue Service (Division): ___ Small Business / Self-Employed Operating Division

Industry/Area (name or number): ___ Area 9, Compliance

Periods: ___ January 1, 1995 through December 31, 2001

## The Commissioner of Internal Revenue

**To:** ___ Trans Union Corporation ___ Cindy Hennessy, Custodian of Records

**At:** ___ 555 W. Adams Street ___ Chicago, Illinois 60661

You are hereby summoned and required to appear before ___ Timothy E. Noonan, or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

### SEE ATTACHMENT TO SUMMONS

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **1** | **29** |

Business address and telephone number of IRS officer before whom you are to appear:

___ 3333 S. National, Suite 300   Springfield, Missouri 65807   (417) 841-4529

**Place and time for appearance at** ___ 3333 S. National, Suite 300   Springfield, Missouri 65807

on the ___ 9th ___ day of ___ January ___ 2003 ___ at ___ 10:00 ___ o'clock ___ a ___ m.
(year)

Issued under authority of the Internal Revenue Code this ___ 12th ___ day of ___ December ___ 2002
(year)

Signature of issuing officer ___ Internal Revenue Agent ___
Title

Signature of approving officer (if applicable) ___ Group Manager (By Telephone 12/10/02 ___
Title

www.irs.gov
Department of the Treasury
Internal Revenue Service

Form 2039 (Rev.12-2001)
Catalog Number 21405J

**Part C — to be given to noticee**

# Summons

In the matter of  Roger Carl Davis    P.O. Box 421 / 6167    Branson, Missouri 65616

Internal Revenue Service (Division):  Small Business / Self-Employed Operating Division

Industry/Area (name or number):  Area 9, Compliance

Periods:  January 1, 1995 through December 31, 2001

## The Commissioner of Internal Revenue

To:  CSC Credit Services    Donna Dimarco, Custodian of Records

At:  652 North Sam Houston Boulevard East    Houston, Texas 77060

You are hereby summoned and required to appear before  Timothy E. Noonan, or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **2** | **29** |

Business address and telephone number of IRS officer before whom you are to appear:

3333 S. National, Suite 300    Springfield, Missouri 65807    (417) 841-4529

Place and time for appearance at    3333 S. National, Suite 300    Springfield, Missouri 65807

**IRS**

on the  9th  day of  January  2003  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  12th  day of  December  , 2002

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev.12-2001)
Catalog Number 21405J

_signature_    Signature of issuing officer    Internal Revenue Agent    Title

_signature_    Signature of approving officer (if applicable)    Group Manager  (By Telephone 12/10/02    Title

Part C  —  to be given to noticee



# Summons

In the matter of __Roger C. Davis    P.O. Box 421 / 6167    Branson, Missouri 65615__

Internal Revenue Service (Division): __Small Business / Self-Employed Operating Division__

Industry/Area (name or number): __Area 9, Compliance__

Periods: __January 1, 1995 through December 31, 2001__

## The Commissioner of Internal Revenue

**To:** __Experian    Rick Haas, Cusodian of Records__

**At:** __701 Experian Parkway    Allen, Texas 75013__

You are hereby summoned and required to appear before __Timothy E. Noonan, or his designee__
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

---

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **3** | **29** |

---

**Business address and telephone number of IRS officer before whom you are to appear:**

__3333 S. National, Suite 300    Springfield, Missouri 65807    (417) 887-1055__

**Place and time for appearance at** __3333 S. National, Suite 300    Springfield, Missouri 65807__

**IRS**

on the __9th__ day of __January__ __2003__ at __10:00__ o'clock __a__ m.
*(year)*

Issued under authority of the Internal Revenue Code this __12th__ day of __December__ __2002__
*(year)*

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev.12-2001)
Catalog Number 21405J

_____ Signature of issuing officer _____    Internal Revenue Agent
                                                      Title

_____ Signature of approving officer *(if applicable)* ___    Group Manager  (By Telephone 12/10/02
                                                                   Title

**Part C** — to be given to noticee



# Summons

| | | | |
|---|---|---|---|
| In the matter of | Roger C. Davis | P.O. Box 421 / 6167 | Branson, Missouri 65615 |

Internal Revenue Service (Division): _Small Business / Self-Employed Division_

Industry/Area (name or number): _Area 9, Compliance_

Periods: _January 1, 1995 through December 31, 2001_

## The Commissioner of Internal Revenue

To: _MARTIN ENTERPRISES INC.    CHRISTY MARTIN CUSTODIAN OF RECORDS_

At: _3310 S. CAMPBELL    SPRINGFIELD MISSOURI 65807_

You are hereby summoned and required to appear before ___Timothy E. Noonan, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

---

## Do not write in this space

| EXHIBIT | PAGE | of |
|---|---|---|
| **B** | **4** | **29** |

---

Business address and telephone number of IRS officer before whom you are to appear:

3333 S. National, Suite 300    Springfield, Missouri  65807    (417) 841-4529

**Place and time for appearance at**   3333 S. National, Suite 300    Springfield, Missouri  65807

**IRS**

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev.12-2001)
Catalog Number 21405J

| | |
|---|---|
| on the ___9th___ day of ___January___ ___2003___ at ___10:00___ o'clock ___a___ m. | |
| Issued under authority of the Internal Revenue Code this ___12th___ day of ___December___, ___2002___ | |
| _(signature)_ | Internal Revenue Agent |
| Signature of issuing officer | Title |
| _LARRY ARING by J. E. Z___ | Group Manager (By Telephone 12/10/02 |
| Signature of approving officer *(if applicable)* | Title |

**Part C — to be given to noticee**



# Summons

In the matter of _____ Jo Elaine Davis    P.O. Box 421 / 6167    Branson, Missouri 65615

Internal Revenue Service (Division): _____ Small Business / Self-Employed Division

Industry/Area (name or number): _____ Area 9, Compliance

Periods: _____ January 1, 1995 through December 31, 2001

## The Commissioner of Internal Revenue

To: MARTIN   ENTERPRISES   INC.   CHRISTY MARTIN   CUSTODIAN OF RECORDS

At: 3910   S.   CAMPBELL   SPRINGFIELD   MISSOURI   65807

You are hereby summoned and required to appear before _____ Timothy E. Noonan, or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown:

SEE ATTACHMENT TO SUMMONS

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 5 | 29 |

Business address and telephone number of IRS officer before whom you are to appear:

_____ 3333 S. National, Suite 300    Springfield, Missouri  65807    (417) 841-4529

Place and time for appearance at _____ 3333 S. National, Suite 300    Springfield, Missouri  65807

# IRS

on the _____ 9th _____ day of _____ January _____ 2003 _____ at _____ 10:00 _____ o'clock _____ a _____ m.
                                                          (year)

Issued under authority of the Internal Revenue Code this _12th_ day of _____ December _____ , _2002_
                                                                                            (year)

Department of the Treasury
Internal Revenue Service

_____ T. E. Bon _____
Signature of issuing officer

Internal Revenue Agent
Title

www.irs.gov

_____ Largt  Akin  by  T. E. Bon _____
Signature of approving officer (if applicable)

Group Manager (By Telephone 12/10/02)
Title

Form 2039 (Rev.12-2001)
Catalog Number 21405J

Part C — to be given to noticee



# Summons

In the matter of __Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616__

Internal Revenue Service (Division): __Criminal Investigation__

Industry/Area (name or number): __St. Louis / Springfield, Missouri POD__

Periods: __January 1, 1998 through December 31, 2003__

## The Commissioner of Internal Revenue

To: __Annette's Bookkeeping Services, Inc., Custodian of Record__

At: __3433 S. Campbell, Springfield, Missouri 65807__

You are hereby summoned and required to appear before __James "Tony" Strother, or his designee__
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

---

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **6** | **29** |

---

Business address and telephone number of IRS officer before whom you are to appear:

__3333 S. National, Suite 301    Springfield, Missouri  65807    (417) 841-4509__

Place and time for appearance at __3333 S. National, Suite 301    Springfield, Missouri  65807__

**IRS**

on the ___15___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                              (year)
Issued under authority of the Internal Revenue Code this ___18___ day of ___May___, ___2004___
                                                              (year)                    (year)

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev.12-2001)
Catalog Number 21405J

_____    Special Agent
Signature of issuing officer          Title

_____    N/A
Signature of approving officer (if applicable)    Title

**Part C** — to be given to noticee



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: __Jeffrey Long, CPA__

At: __215 W. College, Branson, Missouri 65615__

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| *B* | 7 | 29 |

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** 3333 S. National, Suite 301    Springfield, Missouri 65807

# IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the ___15___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
_(year)_

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ ___2004___
_(year)_

___Signature of issuing officer___    Special Agent
                                       Title

___Signature of approving officer (if applicable)___    N/A
                                                        Title

Part C — to be given to noticee



# Summons

In the matter of _Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616_

Internal Revenue Service (Division): _Criminal Investigation_
Industry/Area (name or number): _St. Louis / Springfield, Missouri POD_

Periods: _January 1, 1998 through December 31, 2003_

## The Commissioner of Internal Revenue

To: _Ozark Mountain Bank - Cindy Barkley, Controller_

At: _PO Box 130, Branson, Missouri 65615_

You are hereby summoned and required to appear before _____James "Tony" Strother, or his designee_____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

### Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 8 | 29 |

Business address and telephone number of IRS officer before whom you are to appear:

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

Place and time for appearance at _3333 S. National, Suite 301    Springfield, Missouri 65807_

**IRS**

on the ___15___ day of ___June___, ___2004___ at ___10:00___ o'clock ___a___ m.
_(year)_

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___, ___2004___
_(year)_

Department of the Treasury
Internal Revenue Service

_Signature of issuing officer_     Special Agent
Title

**www.irs.gov**

Form 2039 (Rev.12-2001)     _Signature of approving officer (if applicable)_     N/A
Catalog Number 21405J     Title

Part C — to be given to noticee



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: ___Branson Bank - Cindy LeBlanc, Operations Officer___

At: ___1501 State Highway 248, Branson, Missouri 65616___

You are hereby summoned and required to appear before _____James "Tony" Strother, or his designee_____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

## Do not write in this space

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 9 | 29 |

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301     Springfield, Missouri 65807     (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301     Springfield, Missouri 65807___

**IRS**

on the ___15___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                            (year)

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ ___2004___
                                                                                    (year)

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____
Signature of issuing officer

Special Agent
Title

_____
Signature of approving officer (if applicable)

N/A
Title

**Part C —** to be given to noticee



# Summons

In the matter of  Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  St. Louis / Springfield, Missouri POD

Periods:  January 1, 1998 through December 31, 2003

## The Commissioner of Internal Revenue

**To:**  Roger Carl Davis

**At:**  232 Arizona Dr., Branson, Missouri 65616

You are hereby summoned and required to appear before ____ James "Tony" Strother, or his designee ____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 10 | 29 |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**
3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at**  3333 S. National, Suite 301    Springfield, Missouri 65807

# IRS

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                              (year)

Issued under authority of the Internal Revenue Code this __18__ day of ___May___ , ___2004___
                                                              (year)

_____        Special Agent
Signature of issuing officer                    Title

_____        N/A
Signature of approving officer (if applicable)                Title

**Part A - to be given to person summoned**



# Summons

In the matter of  Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  St. Louis / Springfield, Missouri POD

Periods:  January 1, 1998 through December 31, 2003

### The Commissioner of Internal Revenue

**To:** Oak Bluff Management Trust. - Roger Carl Davis

**At:** 208 E. College St., Ste 265, Branson, Missouri  65616

You are hereby summoned and required to appear before _____ James "Tony" Strother, or his designee _____
an officer of the internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| 8 | 11 | 29 |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri  65807    (417) 841-4509

**Place and time for appearance at**    3333 S. National, Suite 301    Springfield, Missouri  65807

# IRS

on the ____3____ day of ____June____ ____2004____ at ____10:00____ o'clock ____a____ m.
(year)

Issued under authority of the Internal Revenue Code this __18__ day of ____May____ ____2004____
(year)

Department of the Treasury
Internal Revenue Service

_____          Special Agent
Signature of issuing officer                    Title

www.irs.gov                              N/A
                                         Title

Form 2039 (Rev.12-2001)          _____
Catalog Number 21405J          Signature of approving officer (if applicable)

**Part A - to be given to person summoned**



# Summons

In the matter of   Roger Carl Davis, 232 Arizona Dr., Branson, Missouri  65616

Internal Revenue Service (Division):   Criminal Investigation

Industry/Area (name or number):   St. Louis / Springfield, Missouri POD

Periods:   January 1, 1998 through December 31, 2003

## The Commissioner of Internal Revenue

**To:** Hatties Trust. - Roger Carl Davis

**At:** 208 E. College, Ste 285, Branson, Missouri  65616

You are hereby summoned and required to appear before _____ James "Tony" Strother, or his designee _____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **12** | **29** |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri  65807    (417) 841-4509

**Place and time for appearance at**    3333 S. National, Suite 301    Springfield, Missouri  65807

# IRS

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___, ___2004___ at ___10:00___ o'clock ___a___ m.

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___, ___2004___

_____          Special Agent
Signature of issuing officer                    Title

_____          N/A
Signature of approving officer (if applicable)                    Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri  65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

**To:** Phoenix Trust - Roger Carl Davis

**At:** Branson, Missouri  65616

You are hereby summoned and required to appear before _____James "Tony" Strother, or his designee_____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | 13 | 29 |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**
3333 S. National, Suite 301    Springfield, Missouri  65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri  65807___

# IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___, ___2004___ at ___10:00___ o'clock ___a___ m.

Issued under authority of the Internal Revenue Code this ___18___ (year) day of ___May___, ___2004___ (year)

_____     Special Agent
Signature of issuing officer                    Title

_____     N/A
Signature of approving officer (if applicable)                    Title

Part A - to be given to person summoned



# Summons

In the matter of _Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616_

Internal Revenue Service (Division): _Criminal Investigation_

Industry/Area (name or number): _St. Louis / Springfield, Missouri POD_

Periods: _January 1, 1998 through December 31, 2003_

## The Commissioner of Internal Revenue

To: _R.C.D. Investments - Roger Davis_

At: _110 W. Adams, Branson, Missouri 65616_

You are hereby summoned and required to appear before _____ James "Tony" Strother, or his designee _____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **14** | **29** |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_(signature)_                                     Special Agent
Signature of IRS officer serving the summons                Title

**Business address and telephone number of IRS officer before whom you are to appear:**

_3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509_

**Place and time for appearance at** _3333 S. National, Suite 301    Springfield, Missouri 65807_

**IRS**

on the ___3___ day of ___June___ , ___2004___ at ___10:00___ o'clock ___a___ m.
                                                              (year)

**Issued under authority of the Internal Revenue Code this** ___18___ **day of** ___May___ , ___2004___
                                                                                              (year)

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

_(signature)_                                     Special Agent
Signature of issuing officer                                Title

                                                              N/A
Signature of approving officer *(if applicable)*            Title

Form 2039 (Rev.12-2001)
Catalog Number 21405J                          **Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: R.C.D. Marketing Group - Roger Carl Davis

At: 400 Corporate Place, Branson, Missouri 65616

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 15 | 29 |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____    Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** 3333 S. National, Suite 301    Springfield, Missouri 65807

**IRS**

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                          (year)

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ , ___2004___
                                                                                          (year)

_____    Special Agent
Signature of issuing officer                    Title

_____    N/A
Signature of approving officer (if applicable)                    Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: _Goody Trust. - Roger Carl Davis_

At: _Branson, Missouri 65616_

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 16 | 29 |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri 65807___

# IRS

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                                        (year)

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ ___2004___
                                                                                                                              (year)

Department of the Treasury
**Internal Revenue Service**

_____     Special Agent
Signature of issuing officer                    Title

www.irs.gov                                                             N/A

Form 2039 (Rev. 12-2001)         _____     Title
Catalog Number 21405J            Signature of approving officer (if applicable)

**Part A - to be given to person summoned**



# Summons

In the matter of    Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616

Internal Revenue Service (Division):    Criminal Investigation

Industry/Area (name or number):    St. Louis / Springfield, Missouri POD

Periods:    January 1, 1998 through December 31, 2003

## The Commissioner of Internal Revenue

To: Farmhouse Trust. - Roger Carl Davis

At: 208 E. College St., Ste 265, Branson, Missouri 65616

You are hereby summoned and required to appear before    James "Tony" Strother, or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 17 | 29 |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____    Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at**    3333 S. National, Suite 301    Springfield, Missouri 65807

on the ____3____ day of ____June____ 2004 at ___10:00___ o'clock ___a___ m.
                                                                        (year)

Issued under authority of the Internal Revenue Code this __18__ day of ____May____ , 2004
                                                                                        (year)

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

_____    Special Agent
Signature of issuing officer                    Title

Form 2039 (Rev.12-2001)
Catalog Number 21405J

_____    N/A
Signature of approving officer (if applicable)                    Title

Part A - to be given to person summoned



# Summons

In the matter of ____Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616_____

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  St. Louis / Springfield, Missouri POD

Periods: ___January 1, 1998 through December 31, 2003_____

## The Commissioner of Internal Revenue

**To:** Chariots Trust. - Roger Carl Davis

**At:** Branson, Missouri  65616

You are hereby summoned and required to appear before _____James "Tony" Strother, or his designee_____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 18 | 29 |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri  65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri  65807___

**IRS**

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the ____3____ day of ____June____ 2004 at ___10:00___ o'clock __a__ m.
(year)

Issued under authority of the Internal Revenue Code this __18__ day of ____May____ 2004
(year)

_____     Special Agent
Signature of issuing officer                    Title

_____     N/A
Signature of approving officer (if applicable)                    Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri  65616_____

Internal Revenue Service (Division):  ___Criminal Investigation_____

Industry/Area (name or number):  ___St. Louis / Springfield, Missouri POD_____

Periods: ___January 1, 1998 through December 31, 2003_____

### The Commissioner of Internal Revenue

To: ___Branson Mountain Trust - Roger Carl Davis_____

At: ___Branson, Missouri  65616_____

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee_____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers,
and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the
administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|----|
| B | 19 | 29 |

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original
and that it is a true and correct copy of the original.

_____          Special Agent
Signature of IRS officer serving the summons              Title

**Business address and telephone number of IRS officer before whom you are to appear:**
  3333 S. National, Suite 301    Springfield, Missouri  65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri  65807___

# IRS

on the ____3____ day of ____June____, ____2004____ at ___10:00___ o'clock ___a___ m.
                                                              (year)
**Issued under authority of the Internal Revenue Code this** ___18___ **day of** ____May____, ___2004___
                                                                                              (year)

Department of the Treasury
Internal Revenue Service
**www.irs.gov**

_____          Special Agent
Signature of issuing officer              Title

_____          N/A
Signature of approving officer (if applicable)    Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

**To:** Bottom Line Employee Services of Missouri, Inc. - Roger Carl Davis

**At:** 400 Corporate Place, Branson, Missouri 65616

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 20 | 29 |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          Special Agent
Signature of IRS officer serving the summons          Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri 65807___

## IRS

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                        (year)
Issued under authority of the Internal Revenue Code this ___18___ day of ___May___, ___2004___
                                                                    (year)

Department of the Treasury
Internal Revenue Service          _____          Special Agent
**www.irs.gov**                   Signature of issuing officer          Title

Form 2039 (Rev. 12-2001)                                                N/A
Catalog Number 21405J          Signature of approving officer (if applicable)          Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

**To:** ___Attic Creek Holding Co. - Roger Carl Davis___

**At:** ___Branson, Missouri 65616___

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **2** | **29** |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____       Special Agent
Signature of IRS officer serving the summons                Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri 65807___

**IRS**

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                              (year)
Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ ___2004___
                                                                              (year)

_____       Special Agent
Signature of issuing officer                Title

                                             N/A
_____       _____
Signature of approving officer (if applicable)                Title

**Part A - to be given to person summoned**



# Summons

In the matter of __Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616__

Internal Revenue Service (Division): __Criminal Investigation__
Industry/Area (name or number): __St. Louis / Springfield, Missouri POD__
Periods: __January 1, 1998 through December 31, 2003__

## The Commissioner of Internal Revenue

To: __American Financial Services Trust. - Roger Carl Davis__

At: __Branson, Missouri 65616__

You are hereby summoned and required to appear before _____ James "Tony" Strother, or his designee _____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 22 | 29 |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        Special Agent
Signature of IRS officer serving the summons              Title

Business address and telephone number of IRS officer before whom you are to appear:

3333 S. National, Suite 301 · Springfield, Missouri 65807   (417) 841-4509

Place and time for appearance at __3333 S. National, Suite 301    Springfield, Missouri 65807__

# IRS

on the ___3___ day of ___June___, ___2004___ at ___10:00___ o'clock ___a___ m.
(year)
Issued under authority of the Internal Revenue Code this __18__ day of ___May___, ___2004___
(year)

Department of the Treasury
Internal Revenue Service

www.irs.gov

_____        Special Agent
Signature of issuing officer                  Title

_____        N/A
Signature of approving officer (if applicable)        Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Part A - to be given to person summoned



# Summons

In the matter of: ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

### The Commissioner of Internal Revenue

**To:** AG Impact Management, Inc. - Roger Carl Davis, Secretary

**At:** 205 W. Atlantic St., Branson, Missouri 65616

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 23 | 29 |

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

___Signature of IRS officer serving the summons___        Special Agent
                                             Title

**Business address and telephone number of IRS officer before whom you are to appear:**

___3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509___

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri 65807___

# IRS

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                          (year)

**Issued under authority of the Internal Revenue Code this** ___18___ **day of** ___May___ , ___2004___
                                          (year)

___Signature of issuing officer___        Special Agent
                                          Title

___N/A___
___Signature of approving officer (if applicable)___        Title

**Part A** - to be given to person summoned



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: Arizona Trust - Roger Carl Davis

At: Branson, Missouri 65616

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 24 | 29 |

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          Special Agent
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301     Springfield, Missouri 65807     (417) 841-4509

Place and time for appearance at ___3333 S. National, Suite 301     Springfield, Missouri 65807___

**IRS**

www.irs.gov

Department of the Treasury
Internal Revenue Service

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ .m.
                                          (year)

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ ___2004___
                                                              (year)

_____          Special Agent
Signature of issuing officer                    Title

_____          N/A
Signature of approving officer (if applicable)        Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis / Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: ___First Premier Mortgage - Roger Carl Davis, Manager___

At: ___118 W. Main, Suite C, Branson, Missouri 65616___

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

### SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **25** | **29** |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     Special Agent
Signature of IRS officer serving the summons          Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Suite 301    Springfield, Missouri 65807___

# IRS

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                                    (year)
Issued under authority of the Internal Revenue Code this ___18___ day of ___May___ ___2004___
                                                                              (year)

_____     Special Agent
Signature of issuing officer                Title

_____     N/A
Signature of approving officer (if applicable)     Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Roger Carl Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis/ Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: ___The Farmhouse Restaurant (f/k/a The Farmhouse Restaurant, Inc.) - Roger Carl Davis, President/Treasurer___

At: ___119 W. Main, Branson, Missouri 65616___

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | 26 | 29 |

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          Special Agent
Signature of IRS officer serving the summons                        Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** ___3333 S. National, Springfield, Missouri 65807___

# IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
                                             *(year)*

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___, ___2004___
                                                                                   *(year)*

_____          Special Agent
Signature of issuing officer                                    Title

_____          N/A
Signature of approving officer *(if applicable)*                 Title

**Part A - to be given to person summoned**



# Summons

In the matter of ___Jo Elaine Davis, 232 Arizona Dr., Branson, Missouri 65616___

Internal Revenue Service (Division): ___Criminal Investigation___

Industry/Area (name or number): ___St. Louis/ Springfield, Missouri POD___

Periods: ___January 1, 1998 through December 31, 2003___

## The Commissioner of Internal Revenue

To: The Farmhouse Restaurant (f/k/a The Farmhouse Restaurant, Inc.) - Jo Elaine Davis, Vice President/Secretary

At: 119 W. Main, Branson, Missouri 65616

You are hereby summoned and required to appear before ___James "Tony" Strother, or his designee___
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

EXHIBIT PAGE of
**B** **27** **29**

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original, and that it is a true and correct copy of the original.

_____  Special Agent
Signature of IRS officer serving the summons          Title

**Business address and telephone number of IRS officer before whom you are to appear:**
3333 S. National, Suite 301   Springfield, Missouri 65807   (417) 841-4509

Place and time for appearance at ___3333 S. National, Suite 301   Springfield, Missouri 65807___

# IRS

on the ___3___ day of ___June___ ___2004___ at ___10:00___ o'clock ___a___ m.
_(year)_

Issued under authority of the Internal Revenue Code this ___18___ day of ___May___, ___2004___
_(year)_

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

_____        Special Agent
Signature of issuing officer                    Title

_____        N/A
Signature of approving officer *(if applicable)*          Title

Form 2039 (Rev.12-2001)
Catalog Number 21405J

Part A - to be given to person summoned



# Summons

In the matter of _Jo Elaine Davis, 232 Arizona Dr., Branson, Missouri 65616_

Internal Revenue Service (Division): _Criminal Investigation_

Industry/Area (name or number): _St. Louis / Springfield, Missouri POD_

Periods: _January 1, 1998 through December 31, 2003_

## The Commissioner of Internal Revenue

To: _Oak Bluff Management Trust - Jo Elaine Davis_

At: _208 E. College St., Ste 265, Branson, Missouri 65616_

You are hereby summoned and required to appear before _James "Tony" Strother, or his designee_
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | 28 | 29 |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     Special Agent _____
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**
3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

Place and time for appearance at _3333 S. National, Suite 301    Springfield, Missouri 65807_

on the ____3____ day of ____June____, ___2004___ at __10:00__ o'clock __a__ .m.
                                                        (year)

Issued under authority of the Internal Revenue Code this __18__ day of ____May____, ___2004___
                                                                                    (year)

_____     Special Agent _____
Signature of issuing officer                                    Title

_____     N/A _____
Signature of approving officer (if applicable)                  Title

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Part A - to be given to person summoned



# Summons

In the matter of  Jo Elaine Davis, 232 Arizona Dr., Branson, Missouri 65616

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  St. Louis/ Springfield, Missouri POD

Periods:  January 1, 1998 through December 31, 2003

## The Commissioner of Internal Revenue

To: Jo Elaine Davis

At: 232 Arizona Dr., Branson, Missouri 65616

You are hereby summoned and required to appear before _____ James "Tony" Strother, or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT TO SUMMONS

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | 29 | 29 |

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        Special Agent
Signature of IRS officer serving the summons            Title

**Business address and telephone number of IRS officer before whom you are to appear:**

3333 S. National, Suite 301    Springfield, Missouri 65807    (417) 841-4509

**Place and time for appearance at** ___ 3333 S. National, Suite 301    Springfield, Missouri 65807

# IRS

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___ 3 ___ day of ___ June ___ 2004 at ___ 10:00 ___ o'clock ___ a ___ m.

Issued under authority of the Internal Revenue Code this ___ 18 ___ day of ___ May ___, 2004
(year)

_____        Special Agent
Signature of issuing officer            Title

_____        N/A
Signature of approving officer (if applicable)            Title

Part A - to be given to person summoned