AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Joe Elaine Davis

SUMMONS IN A CIVIL CASE

V.

UNITED STATES [GOVERNMENT]

CASE NUMBER 1:05CV02474

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)



U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro se (name and address)

Carl Roger Davis and Jo Elaine Davis
c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 23 2005
CLERK                                          DATE

(By) DEPUTY CLERK

# DISTRICT COURT OF THE UNITED STATES
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Roger Davis and Jo Elaine Davis, ) | Case No.  Case No. 1:05CV02474 RMC |
| Plaintiff ) | |
| ) | |
| vs ) | |
| ) | **CERTIFICATE OF SERVICE** |
| UNITED STATES [GOVERNMENT' ) | |
| ) | |
| Defendant(s) ) | |

I, _F. Dr Sanguine_ , certify that I am over the age of 18 years, my address is: _19 Cozy Cove_ , _Branson, Mo 65616_ , and I am not a
(Street Address)        (City, State and Zip)

party to this action.

On _1/12_ , 2006, I caused to be mailed—a true and correct copy of the Summons, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, a blank Consent to Proceed Before as United States Magistrate Judge For All Purposes Form and a copy of the Verified Complaint, Affidavit, and Exhibits A1-24 and Exhibit B1-29 stapled to the Summons—by Certified Mail, postage fully prepaid addressed as follows:

**U.S. Attorney General**
**D.O.J.**
**950 Pennsylvania Ave NW**
**Washington D.C. 20530-0001**
Certified Mail No. 7004 2890 0001 9659 8484

Dated this _31_ day January, 2006.

SEE Exhibit "A" FOR PROOF
OF RECEIPT ATTACHED

Signature: _[signature]_

_T. V. Sanguine_
(Print Name)

**RECEIVED**
FEB 3 2006

CERTIFICATE OF SERVICE            1 of 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

### Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7004 2890 0001 9659 8484**
Detailed Results:
- Delivered, January 18, 2006, 4:56 am, WASHINGTON, DC 20530
- Arrival at Unit, January 18, 2006, 1:58 am, WASHINGTON, DC 20022
- Acceptance, January 12, 2006, 4:35 pm, BRANSON, MO 65616

( < Back )      ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS          site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                          1/20/2006