**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARL ROGER DAVIS, | ) |
| JO ELAINE DAVIS, | ) |
|       Plaintiffs, | ) No. 1:05-cv-02474 (RMC) |
| | ) |
|     v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|       Defendant. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: March 20, 2006.

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon

the following individual(s) on March 20, 2006, by sending a copy by First Class mail,

postage prepaid, addressed as follows:

CARL ROGER DAVIS
JO ELAINE DAVIS
P.O. Box 6207
Branson, MO 65615

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ