IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ROGER DAVIS, )<br>JO ELAINE DAVIS, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    Defendant. | No. 1:05-cv-02474 (RMC) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on March 20, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        CARL ROGER DAVIS
        JO ELAINE DAVIS
        P.O. Box 6207
        Branson, MO 65615

          /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ