IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ROGER DAVIS, ) | |
| JO ELAINE DAVIS, ) | |
|     Plaintiffs, ) | No. 1:05-cv-02474 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
|     Defendant. ) | |

UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through undersigned counsel, hereby moves the Court for an Order granting the United States' motion for an extension of time to file a reply to the plaintiffs' opposition to the United States' motion to dismiss. A reply is due to be filed on April 14, 2006. The United States requests a ten day extension of time to file its reply, which term shall expire on April 24, 2006.

The additional time is requested since counsel for the United States is awaiting information from the Internal Revenue Service regarding plaintiffs' argument in their opposition that the regulations of the Internal Revenue Service are invalid. Counsel for the United States has been unable to confer with plaintiffs *pro se* – as they failed to provide a telephone number  – to ascertain whether they oppose this motion.

WHEREFORE, the United States respectfully requests that the Court grant the motion for an extension of time and allow the reply to be filed on or before April 24, 2006.

DATE: April 12, 2006

                                                    Respectfully submitted,

                                                    /s/ Beatriz T. Saiz
                                                    BEATRIZ T. SAIZ
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 227
                                                    Ben Franklin Station
                                                    Washington, DC 20044
                                                    Phone/Fax: (202) 307-6585/514-6866
                                                    Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1645659.1