IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ROGER DAVIS, <br> JO ELAINE DAVIS, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) No. 1:05-cv-02474 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Having considered the UNITED STATES' MOTION FOR AN EXTENSION OF TIME, and any response thereto, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that the United States file its reply to plaintiffs' opposition to the motion to dismiss on or before April 24, 2006; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

CARL ROGER DAVIS
JO ELAINE DAVIS
P.O. Box 6207
Branson, MO 65615

1645822.1