## CERTIFICATE OF SERVICE

 IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR EXTENSION OF TIME and proposed Order were served upon the following individual(s) on April 12, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

    CARL ROGER DAVIS
    JO ELAINE DAVIS
    P.O. Box 6207
    Branson, MO 65615

    /s/ Beatriz T. Saiz
    BEATRIZ T. SAIZ

1645988.1