Carl Roger Davis, and
Jo Elaine Davis
P.O. Box 6207
Branson, Missouri

# district court of the United States[1]
# District of Columbia

Carl Roger Davis, and            Case №: 1:05-cv-02474-RMC
Jo Elaine Davis

    Plaintiffs,

v.

UNITED STATES,

    Defendant.

*Let this be filed. R.M. Collyer 5/22/06*

PLAINTIFF'S SUR-REPLY TO DEFENDANT'S
REPLY IN SUPPORT OF MOTION TO DISMISS

Plaintiff hereby files this sur-reply to respond to sole issue raised by counsel in defendant's reply in support of motion to dismiss:

1. Plaintiffs responded in detail to the issues raised by counsel in defendant's motion to dismiss.

2. Counsel chose to reply to the Response on the sole issue of lack of subject matter jurisdiction.

3. Plaintiffs hereby "sur-reply" to the sole issue identified in defendant's reply: subject matter jurisdiction.

---

[1] As designated in Title 26, United States Code, § 7433.

**RECEIVED**

MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. This Court, in an immediately recent decision, Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006), cited recent Supreme Court jurisprudence, Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006)), finding IRC section 7433's exhaustion of administrative remedies requirement nonjurisdictional. Turner, *supra*, slip op., 7, following Arbaugh *supra*.

5. The defendant's assertion of lack of subject matter jurisdiction based upon an asserted failure to exhaust administrative remedies is now without foundation.

SUMMARY

Based upon the foregoing, and upon the Response to Motion to Dismiss, the motion to dismiss should be dismissed, and the case should be set for jury trial.

Respectfully entered this 12th day of May, 2006.

_____
Carl Roger Davis

_____
Jo Elaine Davis


Copies mailed this 15th day of May, 2006 to:

Beatriz Saiz
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, District of Columbia 20044

DISTRICT COURT OF THE UNITED STATES[1]
DISTRICT OF COLUMBIA

Carl Roger Davis and           Case No: 1:05-cv-02474 RMC
Jo Elaine Davis,

      Plaintiffs,

      v.

UNITED STATES

      Defendant.

CERTIFICATE OF SERVICE

I, Carl Roger Davis, certify that on May 15, 2006, I served a true and correct copy of the

PLAINTIFF'S SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO

DISMISS by Certified Mail, postage fully prepaid addressed as follows:

**Beatriz T. Saiz**
Trial Attorney, Tax Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044

Certified Mail No: 7005 0390 0001 6493 7666

**Pat S. Genis**
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

Certified Mail No: 7005 0390 0001 6493 7659

Dated this 15th day May, 2006.

                                              Signature: _____
                                                              Carl Roger Davis, Plaintiff