Carl Roger Davis and
Jo Elaine Davis
P.O. Box 6207
Branson, Missouri

Plaintiff Citizens In Party
Judiciary Act of 1789 § 35

# District Court of the United States[1]
# District of Columbia

| | |
|---|---|
| **Carl Roger Davis and Jo Elaine Davis,** | Case No: **1:05-cv-02474-RMC** |
| Plaintiffs, | NOTICE OF MOVE AND VERIFIED MOVE TO COMPEL DEFENDANT TO ANSWER COMPLAINT |
| UNITED STATES | |
| Defendant. | No Oral Argument Requested |
| / | Fed.R.Civ.P. 7(a) and (b) |

**TO: UNITED STATES, Defendant**

**YOU ARE HEREBY NOTICED** that Plaintiffs Carl Roger Davis and Jo Elaine Davis are moving this Court for an Order compelling Defendant to answer the complaint, said move is pursuant to Fed.R.Civ.P. 7(b) based on this notice, the move, brief in support with declaration of facts and conclusion of law with Exhibits, the court file and evidence therein.

**WHEREFORE**, Plaintiffs Carl Roger Davis and Jo Elaine Davis request that the Court Compel Defendant to respond to the Complaint filed herein, and other Orders the Court deems necessary and just.

**RECEIVED**

JUL 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

As designated in Title 26, United States Code, § 7433

NOTICE OF MOVE AND MOVE
MOVE TO COMPEL DEFENDANT
TO ANSWER COMPLAINT

1 of 4

Carl Roger and Jo Elaine Davis Plaintiffs

I, Carl Roger Davis and Jo Elaine Davis declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected and that this move was executed this 10TH day of July, 2006.

_____   _____
Roger Carl Davis, Plaintiff        Jo Elaine Davis, Plaintiff

## BRIEF IN SUPPORT

### Declaration of Facts

On December 23, 2005, Plaintiffs filed a verified complaint with eighty-one (81) counts against Defendant with a demand for jury trial;

On December 23, 2005, two summonses were issued to Defendant United States of America c/o U. S. Attorney, Kenneth L. Wainstein, of the United State Attorney's Office at 555 4th Street, NW, Washington, D.C. 20530 (see **Exhibit A**); and to U.S. Attorney General, DOJ, at 950 Pennsylvania Ave, NW, Washington, D.C. 20530 (see **Exhibit B**);

On January 18, 2006, a copy of the Summons and Complaint were served on the U.S. Attorney Kenneth L. Wainstein, of the United States Attorney's Office at 555 4th Street, NW, Washington, D.C. 20530 (see **Exhibit C**);

On January 18, 2006, a copy of the Summons and Complaint were served on the U.S. Attorney General (see **Exhibit D**);

Defendant had <u>sixty (60) days to serve an answer</u> to the Complaint or until March 20, 2006 (see **Exhibit E** for **Docket Entry 2**);

On March 20, 2006, Defendant filed a Notice of Appearance; a Notice of Appearance is <u>not</u> an answer to the eight-one (81) counts contained in the complaint filed herein;

On March 20, 2006, Defendant filed a Motion to Dismiss; a Motion to Dismiss is <u>not</u> an answer to the eighty-one (81) counts contained in the complaint filed herein;

Defendant has failed to file and serve and answer to the eighty-one (81) counts against them contained in the complaint filed in this action.

### The Law

Fed.R.Civ.P. 7(a) states: "There shall be a complaint <u>and an answer</u>..." and with particularity Fed.R.Civ.P. 12(3)(a) which states:

> "The United States, an agency of the United States, or an officer or employee of the United States sued in an official capacity, **shall serve an answer to the complaint or cross-claim - or a reply to a counterclaim - within 60 days after the United States attorney is served with the pleading asserting the claim.**"

### Conclusion

Although Defendant has appeared and filed a motion to dismiss, Plaintiff responded that motion. Defendant objected to the response, and Plaintiff objected to Defendant's objection – the last entry made was Plaintiff's "Surreply" on filed on May 22, 2006, (see **Docket Entry 9** on **Exhibit E**). There has been no action from that date.

It is now July 10, 2006 – <u>over 120 days past the date Defendant was required to answer the complaint</u> – and it is now proper that the Defendant to respond to the eighty-one (81) counts enumerated in the Complaint; therefore, Plaintiffs request the Court to compel Defendant's Answer by Court Order.

Respectfully submitted.

I, Carl Roger Davis and Jo Elaine Davis declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this move was executed this 10th day of July, 2006.

1

2

3  *[signature]*                          *[signature]*
   Roger Carl Davis, Plaintiff            Jo Elaine Davis, Plaintiff

4  **Attachments:**

5  **Exhibit A**: Summons Issued to U.S. Attorney General
   **Exhibit B**: Summons Issued to U. S. Attorney, Kenneth L. Wainstein
6  **Exhibit C**: Certificate of Service U. S. Attorney, Kenneth L. Wainstein
   **Exhibit D**: Certificate of Service of U.S. Attorney General
7  **Exhibit E**:  Docket for Case No: 1:05CV02474

8

9                    **CERTIFICATE OF SERVICE**

10   I, Roger Carl Davis, hereby certify that on July 10th, 2006, I served the foregoing Notice of

11  Move and Move to Compel Defendant to Answer the Complaint by Certified Mail postage fully

12  pre-paid addressed as follows:

13  **UNITED STATES OF AMERICA**

14

   **BEATRIZ T. SAIZ**
15  Trial Attorney, Tax Division
    U.S. Department of Justice
16  Post Office Box 227
    Washington, DC 20044
17
    Certified Mail No. <u>7006 0810 0001 6002 1756</u>
18

19  **PAT S. GENIS**
    U.S. Department of Justice
20  Ben Franklin Station
    Post Office Box 227
21  Washington, DC 20044

22  Certified Mail No. <u>7006 0810 0001 6002 1800</u>

    Dated this 10th day of July, 2006.
23

24
                                         *[signature]*
25                                       Roger Carl Davis

# EXHIBIT A
Summons to Attorney General

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Joe Elaine Davis

SUMMONS IN A CIVIL CASE

V.

UNITED STATES [GOVERNMENT]

CASE NUMBER  1:05CV02474

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *Pro se* (name and address)

Carl Roger Davis and Jo Elaine Davis
c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 23 2005
CLERK                                         DATE

*M. Higgins*
(By) DEPUTY CLERK

# EXHIBIT B
Summons to U.S. Attorney, Kenneth L. Wainstein

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Joe Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES [GOVERNMENT]

CASE NUMBER  1:05CV02474

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA
c/o Kenneth L. Wainstein
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  *Pro Se*  (name and address)

Carl Roger Davis and Jo Elaine Davis
c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    DEC 23 2005
CLERK                          DATE

(By) DEPUTY CLERK

# EXHIBIT C
Certificate of Service for U.S. Attorney, Kenneth L. Wainstein

# DISTRICT COURT OF THE UNITED STATES
# DISTRICT OF COLUMBIA

Carl Roger Davis and Jo Elaine Davis,    )
                                          )   Case No. Case No. 1:05CV02474 RMC
           Plaintiff                      )
                                          )
vs                                        )
                                          )   CERTIFICATE OF SERVICE
UNITED STATES [GOVERNMENT'                )
                                          )
           Defendant(s)                   )

I, _T. E. Suegurus_____, certify that I am over the age of 18 years, my address is: _7815 Cozy Cove, Branson, Mo 65616_, and I am not a
(Street Address)    (City, State and Zip)
party to this action.

On _1/12_____, 2006, I caused to be mailed—a true and correct copy of the Summons, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, a blank Consent to Proceed Before as United States Magistrate Judge For All Purposes Form and a copy of the Verified Complaint, Affidavit, and Exhibits A1-24 and Exhibit B1-29 stapled to the Summons—by Certified Mail, postage fully prepaid addressed as follows:

United State of America
c/o Kenneth L. Wainstein
United States Attorney's Office
555 4th Street N.W.
Washington D.C.

Certified Mail No. 7004 2890 0001 9659 8477

Dated this _31_ day January, 2006.

SEE Exhibit "A" FOR PROOF    Signature: _____
OF RECEIPT Attached                     _T. E. Suegurus_
                                         (Print Name)

RECEIVED
FEB 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

# United States Postal Service

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 2890 0001 9659 8477
Detailed Results:

- Delivered, January 18, 2006, 4:56 am, WASHINGTON, DC 20530
- Arrival at Unit, January 18, 2006, 1:58 am, WASHINGTON, DC 20022
- Acceptance, January 12, 2006, 4:35 pm, BRANSON, MO 65616

(<Back)    (Return to USPS.com Home >)

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  (Go >)

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    1/20/2006

# EXHIBIT D
Certificate of Service for Attorney General

# DISTRICT COURT OF THE UNITED STATES
# DISTRICT OF COLUMBIA

Carl Roger Davis and Jo Elaine Davis, )
  ) Case No. Case No. 1:05CV02474 RMC
      Plaintiff )
  )
vs )
  )
UNITED STATES [GOVERNMENT' ) **CERTIFICATE OF SERVICE**
  )
      Defendant(s) )

I, _T. D. Sanguine_ , certify that I am over the age of 18 years, my address is: _19 Cory Cove_ , _Deanna, Mo 65616_ , and I am not a
  (Street Address)          (City, State and Zip)

party to this action.

On _1/12_ , 2006, I caused to be mailed—a true and correct copy of the Summons, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, a blank Consent to Proceed Before as United States Magistrate Judge For All Purposes Form and a copy of the Verified Complaint, Affidavit, and Exhibits A1-24 and Exhibit B1-29 stapled to the Summons—by Certified Mail, postage fully prepaid addressed as follows:

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave NW
Washington D.C. 20530-0001

Certified Mail No. 7004 2890 0001 9659 8484

Dated this _31_ day January, 2006.

SEE Exhibit "A" FOR PROOF      Signature: _____
OF Receipt ATTACHED
                                          _T. D. Sanguine_
                                           (Print Name)

**RECEIVED**
FEB 3 2006

CERTIFICATE OF SERVICE       1 of 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:05-cv-02474-RMC   Document 10   Filed 07/12/2006   Page 14 of 17
USPS - Track & Confirm
Case 1:05-cv-02474-RMC   Document 3   Filed 02/03/2006   Page 3 of 3
Page 1 of 1



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7004 2890 0001 9659 8484
Detailed Results:

- **Delivered, January 18, 2006, 4:56 am, WASHINGTON, DC 20530**
- Arrival at Unit, January 18, 2006, 1:58 am, WASHINGTON, DC 20022
- Acceptance, January 12, 2006, 4:35 pm, BRANSON, MO 65616

(< Back)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 1 | 1 |

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do   1/20/2006

# EXHIBIT E
Court Docket for Case 1:05-CV-2474

Post Office Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6390
Fax: (202) 514-6866
Email: pat.genis@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2006 | 9 | SURREPLY to Defendant's Reply to 5 MOTION to Dismiss filed by CARL ROGER DAVIS, JO ELAINE DAVIS. FIAT - "Let this be filed" Judge R. M. Collyer. (tg, ) (Entered: 05/24/2006) |
| 04/24/2006 | 8 | REPLY to opposition to motion re 5 MOTION to Dismiss filed by UNITED STATES. (Saiz, Beatriz) (Entered: 04/24/2006) |
| 04/19/2006 |   | MINUTE ENTRY ORDER granting 7 Defendant's Motion for Extension of Time to File Response/Reply. The Defendant's Reply must be filed no later than April 24, 2006. Signed by Judge Rosemary M. Collyer on 4/19/2006. (tkf) (Entered: 04/19/2006) |
| 04/12/2006 | 7 | MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss by UNITED STATES. (Attachments: # 1 Text of Proposed Order # 2 certificate of service)(Saiz, Beatriz) (Entered: 04/12/2006) |
| 04/06/2006 | 6 | Memorandum in opposition to re 5 MOTION to Dismiss filed by CARL ROGER DAVIS, JO ELAINE DAVIS. (tg, ) (Entered: 04/10/2006) |
| 03/20/2006 | 5 | MOTION to Dismiss by UNITED STATES. (Attachments: # 1 Text of Proposed Order # 2 certificate of service)(Genis, Pat) (Entered: 03/20/2006) |
| 03/20/2006 | 4 | NOTICE of Appearance by Pat S. Genis on behalf of UNITED STATES (Genis, Pat) (Entered: 03/20/2006) |
| 02/03/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 1/18/06. (tg, ) (Entered: 02/06/2006) |
| 02/03/2006 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. Served on 1/18/2006, answer due 3/20/2006 (tg, ) Modified on 2/6/2006 (tg, ). (Entered: 02/06/2006) |
| 12/23/2005 |   | Summons (2) Issued as to U.S. Attorney and U.S. Attorney General (tg, ) (Entered: 12/28/2005) |
| 12/23/2005 | 1 | COMPLAINT against UNITED STATES (Filing fee $ 250) filed by CARL ROGER DAVIS, JO ELAINE DAVIS. (Attachments: # 1 Exhibit A# 2 Exhibit B)(tg, ) (Entered: 12/28/2005) |

U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:05-cv-02474-RMC

DAVIS et al v. UNITED STATES
Assigned to: Judge Rosemary M. Collyer
Cause: 26:7422 IRS: Refund Taxes

Date Filed: 12/23/2005
Jury Demand: Plaintiff
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

**Plaintiff**
**CARL ROGER DAVIS**

represented by **CARL ROGER DAVIS**
P.O. Box 6207
Branson, MO 65615
US
(417) 334-1320
PRO SE

**Plaintiff**
**JO ELAINE DAVIS**

represented by **JO ELAINE DAVIS**
P.O. Box 6207
Branson, MO 65615
US
(417) 334-1320
PRO SE

V.

**Defendant**
**UNITED STATES**

represented by **Beatriz T. Saiz**
U.S. DEPARTMENT OF JUSTICE
Tax Division
Ben Franklin Station
P.O. Box 227
Washington, DC 20044
(202) 307-6585
Fax: (202) 514-6866
Email: beatriz.t.saiz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat S. Genis**
US Department of Justice