DISTRICT COURT OF THE UNITED STATES

DISTRICT OF COLUMBIA

**Carl Roger Davis and Jo Elaine Davis,**     Case No: **1:05-cv-02474-RMC**

    **Plaintiffs,**

**UNITED STATES,**

    **Defendant.**
_____/

**ORDER**

Having considered the Plaintiffs' motion to compel, the supporting brief, any opposition and reply thereto, and the entire record of this proceeding, IT IS HEREBY ORDERED that the motion is GRANTED;

ORDERED that Defendant the UNITED STATES shall answer the complaint within ___ days of this ORDER; and it is further ORDERED that the Clerk shall distribute copies of the Order to the persons listed below.

SO ORDERED this _____ day of _____ 2006.

_____
U.S. District Court Judge

1

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Carl Roger Davis
Jo Elaine Davis
PO Box 6207
Branson MO 65615