UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARL ROGER DAVIS**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES**, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-2474 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss the Complaint [Dkt. #5] is **GRANTED**. It is

**FURTHER ORDERED** that the Plaintiffs' request for an injunction is **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed on the Court's docket.

**SO ORDERED.**

Date: September 19, 2006                                      /s/
                                                             ROSEMARY M. COLLYER
                                                             United States District Judge